IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02068-AP

ROBERT A. MEADE,

      Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> David Chermol
> Chermol & Fishman, LLC
> 11450 Bustleton Ave.
> Philadelphia, PA 19116
> 215-464-7200
> dave@ssihelp.us
>
> For Defendant:
> John F. Walsh
> United States Attorney
>
> J. Benedict García
> Assistant United States Attorney
> United States Attorney's Office
> District of Colorado
> J.B.Garcia@usdoj.gov
>
> David I. Blower
> Special Assistant United States Attorney
> Denver, Colorado 80202
> 303-844-1571
> 303-844-0770 (facsimile)
> David.blower@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** 8/6/12

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 10/12/12

    **C.**    **Date Answer and Administrative Record Were Filed:** 12/10/12

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that there are no other matters.

**8.  BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** 2/11/13

    **B.**    **Defendant's *Response*\* Brief Due:** 3/13/13 – *\*text corrected by JLK*

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** 3/27/13

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

10.  **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *__Indicate below the parties' consent choice__*.

    **A.**    **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of __good cause__.*

    DATED this 28th day of December, 2012.

                      BY THE COURT:

                      *s/John L. Kane*
                      U.S. DISTRICT COURT JUDGE

APPROVED:

                      John F. Walsh
                      United States Attorney

s/ David Chermol

Chermol & Fishman, LLC
11450 Bustleton Ave
Philadelphia, PA 19116
215-464-7200
dave@ssihelp.us

Attorneys for Plaintiff

                      **By:** s/ David I. Blower

                      Special Assistant U.S. Attorney
                      1001 17th Street
                      Denver, CO 80202
                      303-844-1571
                      303-844-0770 (facsimile)
                      David.blower@ssa.gov

Attorneys for Defendant