IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-2068-AP**

**ROBERT A. MEADE,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  This matter is before the court on Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (doc. #20), filed March 24, 2013.  I have reviewed the motion and the response thereto.  The Motion is **GRANTED**.  In consideration thereof, it is

  **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$5,491.20**.

  Dated at Denver, Colorado, this 10th day of April, 2013.

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT